IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| ESTATE OF LAWRENCE BRINKLEY, et al., | : : | CIV. NO. 21-9955 (RMB-MJS) |
| Plaintiffs v. | : : : : | **ORDER** |
| UNITED STATES OF AMERICA, | : : | |
| Defendant | : | |

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **27th day of December 2022**,

**ORDERED** that Defendant's motion to dismiss (Docket No. 23) is **GRANTED in part and DENIED in part,** as discussed in the accompanying Opinion; Defendant may file a motion for reconsideration within 14 days of the date of entry of this Order; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Opinion on Plaintiffs by regular U.S. mail.

                                                                s/Renée Marie Bumb
                                                                RENÉE MARIE BUMB
                                                                United States District Judge