IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| ESTATE OF LAWRENCE BRINKLEY, et al., | : : : | |
| | : | CIV. NO. 21-9955 (RMB-MJS) |
| Plaintiffs | : : | |
| v. | : : | **ORDER** |
| UNITED STATES OF AMERICA, | : : | |
| Defendant | : | |

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **27th day of September 2023**,

**ORDERED** that Defendant's motion for reconsideration (Docket No. 47) is **DENIED**.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**