

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

_____

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Heather C. Costanzo*
*Assistant United States Attorney*

*401 Market Street*
*P.O. Box 2098*
*Camden, NJ 08101*
heather.costanzo@usdoj.gov

*main: (856) 757-5026*
*direct: (856) 757-5031*

January 31, 2024

**Via Electronic Filing**
Hon. Matthew J. Skahill, U.S.M.J.
United States District Court
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: ***Estate of Lawrence Brinkley, et al. v. United States,***
     **Civil Action No. 21-09955 (RMB)(MJS)**
     **Consent Request for Adjournment of Conference Call**

Dear Judge Skahill:

  This Office represents the United States in the above-referenced matter filed under the Federal Tort Claims Act ("FTCA") by *pro se* Plaintiffs Taqiyyah and Tameer Miller, as Administrators of the Estate of Lawrence Brinkley. We write, with the consent of the *pro se* Plaintiffs, to respectfully request an adjournment of the conference call currently set for February 1, 2024. ECF No. 62. We apologize for the short notice of this request.

  Good cause exists to grant this request because this Office continues to diligently engage in internal settlement discussions. Given the necessary coordination involved for any possible settlement authority on behalf of the United States, including within the Federal Bureau of Prisons ("BOP"), more time is needed to ensure a productive and efficient conference for the parties and the Court. We respectfully request that the Court reschedule the conference call for a date on or after February 16, 2024. We conferred with Plaintiffs and they consent to the adjournment.

  Thank you in advance for considering this request.

2

                        Respectfully submitted,

                        PHILIP R. SELLINGER
                        United States Attorney

By:   *s/ Heather C. Costanzo*
        HEATHER C. COSTANZO
        MARGARET ANN MAHONEY
        Assistant United States Attorneys
        *Attorneys for United States*

cc:    Plaintiffs (via ECF)
       Tysha Miller (tyshamm@yahoo.com)